IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PAE NATIONAL SECURITY SOLUTIONS LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BRILLIANCE INFORMATION SDN BHD, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 1:20-cv-235 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Magistrate Judge Ivan Davis's Report and Recommendation ("R&R"). Dkt. 15. The R&R was entered on September 4, 2020, and no objections were filed. After reviewing the record and the R&R, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the R&R (Dkt. 15) in full.

Consequently, Plaintiff's Motion for Default Judgment (Dkt. 12) is hereby **GRANTED**. It is hereby **ORDERED** that the Clerk of the Court is to enter a Default Judgment in favor of PAE National Security Solutions LLC and against Defendant Brilliance Information SDN BHD pursuant to Fed. R. Civ. P. 55(a) in the following amounts:

1. $823,773.00 under the "Exhibit B Work Order," Dkt. 1-2, at 5, plus pre-judgment interest accruing from the date of the work order's termination (February 4, 2016), Dkt. 1, at 4, ¶ 27, through the date this Order issues, at a rate of 6% per annum;

2. The remaining $1,435,409.82 balance due under the "Exhibit I Work Order," Dkt. 1-3, at 22, plus pre-judgment interest calculated individually for each invoice, *see* Dkt. 1, at 4–

7, ¶ 27, accruing from thirty days after the date each invoice issued,[1] Dkt. 1, at 4, ¶ 22, through the date this Order issues, at a rate of 6% per annum;

3. Post-judgment interest on the total amounts due running from the date of this Order through the date that Brilliance Information SDN BHD satisfies the judgment, at a rate of 6% per annum;

4. $10,546.63, representing $6,947.50 in attorney's fees and $3,599.13 in costs incurred by PAE National Security Solutions LLC in prosecuting this action.

It is **SO ORDERED**.

October 20, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge

---

[1] By way of illustration, pre-judgment interest associated with Invoice 100GL-47, Dkt. 1, at 4, ¶ 27, will accrue from October 30, 2017 through the date of this judgment.